United States District Court
Southern District of Texas
**ENTERED**
January 20, 2016
David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JEANNE MUNDONGO MANUNGA,<br>Plaintiff, | §<br>§<br>§ | |
| vs. | §<br>§ | CIVIL ACTION H-14-3501 |
| ROBERT HARRIS,<br>Defendant. | §<br>§<br>§<br>§ | |

## MEMORANDUM ON DISMISSAL

The plaintiff has not responded to this court's order entered October 30, 2015, which required her to submit a more definite statement of the facts on which her complaint is based. (Docket Entry No. 17). The court's order specifically provided that "[f]ailure to comply as directed may result in the dismissal of this action." This court granted the plaintiff an extension of time until January 8, 2016, within which to file her response. (Docket Entry No. 20). With regard to this court's Order for More Definite Statement, the court must have clear answers to each of its questions before it can evaluate the merits of the plaintiff's claims. The plaintiff's failure to comply with this court's order forces this court to conclude that she lacks due diligence.

Under the inherent powers necessarily vested in a court to manage its own affairs, this court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Link v. Wabash R.R.*, 370 U.S. 626 (1962); *Woodson v. Surgitek, Inc.,* 57 F.3d 1406, 1417 (5th Cir. 1995);

8 J. MOORE ET AL., MOORE'S FEDERAL PRACTICE § 41.51(3)(b) & (e) (3d ed. 2010).  Upon a proper

showing, relief from this order may be granted in accordance with FED. R. CIV. P. 60(b).  *See Link*,

370 U.S. at 635.

 This action is DISMISSED without prejudice for want of prosecution.

 SIGNED at Houston, Texas, on ___January 19___, 2016.

       VANESSA D. GILMORE
       UNITED STATES DISTRICT JUDGE